# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LARRY SHANE MORGAN<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:  2:12-CR-5003<br><br>Nikki C. Pierce<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ] admitted guilt to violation of condition(s) __ of the term of supervision.
[✓] was found in violation of conditions 1, 2, and Special Condition 4 after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations;

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | The defendant committed a federal crime. | June 28, 2012/July2, 2012 |
| 2,3 | The defendant possessed a firearm. | June 28, 2012/July 2, 2012 |

    The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                                    August 29, 2013
                                                                    Date of Imposition of Sentence

                                                                    s/ Leon Jordan
                                                                    Signature of Judicial Officer

                                                                    LEON JORDAN, United States District Judge
                                                                    Name & Title of Judicial Officer

                                                                    August 30, 2013
                                                                    Date

DEFENDANT:     LARRY SHANE MORGAN
CASE NUMBER:   2:12-CR-5003

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  24 months .

No term of supervised release to follow.

This sentence of 24 months is to be served consecutively to the 447 month sentence imposed in case number 2:12-CR-067.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [] a.m.   [] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL